IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

CONSTELLATION NEWENERGY, INC.,   )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No.  13 C 2241
                                 )
4220 KILDARE, LLC,               )
                                 )
          Defendant.             )

                       MEMORANDUM ORDER

     4220 Kildare, LLC ("4220") has filed its Answer to the

Complaint brought against it by Constellation NewEnergy, Inc.

("NewEnergy").  This memorandum order is issued sua sponte

because of one aspect of the Answer that requires

supplementation.

     When NewEnergy filed its Complaint, invoking federal

jurisdiction on diversity of citizenship grounds, its Complaint

¶5 properly referred to the citizenship of the members of 4220,

and this Court accepted that allegation as sufficient to confirm

the existence of the required diversity.  But 4220 has now denied

the allegations in Complaint ¶5, although Answer ¶7 places doubt

on that denial.  Because 4220 obviously has knowledge of the

identity of its members, and because this Court's threshold

function is to determine the existence of subject matter

jurisdiction, 4220 is ordered on or before June 17, 2013, to

file:

          1.   an explanation of the predicate for its denial of

the allegations of Complaint ¶5 and

    2.  an amendment to its answer to Complaint ¶7 by specifically identifying its members and their respective states of citizenship.

                                _____
                                Milton I. Shadur
                                Senior United States District Judge

Date:  June 6, 2013